IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IRONSHORE INDEMNITY, INC.<br><br>**Plaintiff**<br><br>V.<br><br>VILLA MARINA YACHT HARBOR, INC.<br><br>**Defendant** | Civil No. 23cv1370(FAB)<br><br>In Admiralty |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

Come Now, all parties to this action, through their respective counsel of record, and with utmost respect and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulate to dismiss this action **without** prejudice according to the terms of the settlement agreement executed between them. Each party shall bear its own costs, expenses, and attorneys' fees.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 11th day of March 2024.

| | |
|---|---|
| **CASTAÑER & CÍA P.S.C.**<br>MAI Center<br>Marginal Kennedy<br>771 Cll 1, Ste 204 | s/Hector L. Claudio-Rosario<br>167 Calle Pedro Flores<br>Urb. Monticielo<br>Caguas, Puerto Rico |

| | |
|---|---|
| San Juan, PR 00920 | Tel.:787-635-1220 |
| Tel. (787) 707-0802 | Fax.: 1-267-392-3959 |
| Fax:1(888) 227-5728 | bufetehectorclaudio@gmail.com |
| alberto@castanerlaw.com | **Attorney for Defendant** |

**Attorneys for Plaintiff**

**By:s/**Alberto Castañer
**Alberto J. Castañer**
**USDC-PR No. 225706**

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Puerto Rico by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

By: S/Alberto J. Castañer
**Alberto J. Castañer**
USDC-PR No. 225706