**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

IRONSHORE INDEMNITY INC.,

    **Plaintiffs,**

            **v.**                  **Civil No.** 23-1370 (FAB)

VILLA MARINA YACHT HARBOR INC.,

    **Defendants.**

**JUDGMENT**

In accordance with the order entered today (Docket No. 37), this case is **DISMISSED, without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 11, 2024.

                                  s/ Francisco A. Besosa
                                  FRANCISCO A. BESOSA
                                  SENIOR UNITED STATES DISTRICT JUDGE